## SWORN CERTIFICATION OF PLAINTIFF
## CASSAVA SCIENCES, INC. (SAVA) SECURITIES LITIGATION

I, Wanda Newell, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Cassava Sciences, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Cassava Sciences, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

8/27/2021  
Date

*Wanda Newell*  
Wanda Newell

## Wanda Newell's Transactions in Cassava Sciences, Inc. (SAVA)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/5/2021 | Bought | 5 | $96.8699 |
| 8/11/2021 | Bought | 30 | $107.4675 |
| 8/12/2021 | Sold | -4 | $116.0239 |
| 8/12/2021 | Sold | -4 | $116.5501 |
| 8/12/2021 | Sold | -8 | $116.5701 |
| 8/12/2021 | Sold | -10 | $116.5201 |
| 8/12/2021 | Bought | 40 | $117.9000 |
| 8/12/2021 | Bought | 40 | $117.9999 |
| 8/12/2021 | Bought | 100 | $118.0500 |
| 8/12/2021 | Bought | 11 | $118.3900 |
| 8/13/2021 | Sold | -5 | $121.5500 |
| 8/13/2021 | Sold | -5 | $120.0100 |
| 8/13/2021 | Sold | -10 | $119.7901 |
| 8/13/2021 | Sold | -20 | $120.2701 |
| 8/17/2021 | Sold | -10 | $104.7700 |
| 8/17/2021 | Sold | -10 | $103.5000 |
| 8/17/2021 | Bought | 5 | $104.2437 |
| 8/17/2021 | Bought | 5 | $104.0700 |
| 8/18/2021 | Bought | 5 | $111.8000 |
| 8/18/2021 | Bought | 3 | $111.3000 |
| 8/18/2021 | Sold | -5 | $113.0000 |
| 8/18/2021 | Sold | -1 | $110.1001 |
| 8/19/2021 | Sold | -7 | $106.0000 |
| 8/19/2021 | Sold | -10 | $102.1501 |
| 8/19/2021 | Sold | -10 | $101.4900 |
| 8/19/2021 | Sold | -5 | $101.8801 |
| 8/19/2021 | Sold | -5 | $102.1112 |
| 8/20/2021 | Bought | 5 | $104.9000 |
| 8/20/2021 | Bought | 2 | $105.7000 |
| 8/20/2021 | Bought | 2 | $104.4800 |
| 8/20/2021 | Sold | -1 | $104.3901 |
| 8/20/2021 | Sold | -1 | $105.0501 |
| 8/24/2021 | Bought | 8 | $116.2500 |
| 8/25/2021 | Sold | -130 | $82.5400 |
| 8/25/2021 | Bought | 4 | $87.9400 |
| 8/25/2021 | Bought | 2 | $87.9000 |
| 8/25/2021 | Bought | 2 | $88.1500 |
| 8/25/2021 | Bought | 7 | $88.6000 |
| 8/25/2021 | Bought | 3 | $89.3400 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 8/25/2021 | Bought | 1 | $88.5000 |
| 8/25/2021 | Sold | -1 | $87.1301 |
| 8/25/2021 | Sold | -2 | $87.0301 |
| 8/25/2021 | Bought | 3 | $86.6400 |
| 8/25/2021 | Bought | 2 | $86.5100 |
| 8/25/2021 | Bought | 1 | $83.1100 |
| 8/25/2021 | Sold | -2 | $80.3884 |
| 8/25/2021 | Sold | -2 | $80.4500 |
| 8/25/2021 | Sold | -10 | $79.3800 |
| 8/26/2021 | Sold | -8 | $81.3501 |