IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WANDA NEWELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | Case No. 1:21-cv-760-RP |
| Plaintiff, | § § | |
| v. | § § | |
| CASSAVA SCIENCES, INC., REMI BARBIER, AND ERIC J. SCHOEN, | § § § | |
| Defendants. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now James N. Kramer, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Defendants Cassava Sciences, Inc., Remi Barbier, and Eric J. Schoen in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of) Orrick, Herrington & Sutcliffe LLP, with offices at

    Mailing address:  405 Howard St.

    City, State, Zip Code:  San Francisco, CA 94105

    Telephone:  415.773.5700

    Facsimile:  415.773.5759

    Email:  jkramer@orrick.com

2.  Since December 16, 1991, Applicant has been and presently is a member of and in good standing with the Bar of the State of California.  Applicant's bar license number is 154709.

3.  Applicant has been admitted to practice before the following courts:

Court:                                          Admission date:

U.S.D.C., Northern District of California       December 1991

U.S.D.C., Southern District of California       August 2002

U.S.D.C., Eastern District of California        July 2006

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None.

5.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

None.

6.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☒   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | Claudia Wilson Frost |
| Mailing address: | 609 Main, 40th Floor |
| City, State, Zip Code: | Houston, TX 77002 |
| Telephone: | 713.658.6400 |

9.      Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.     Should the Court grant Applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of James N. Kramer to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

James N. Kramer
[printed name of Applicant]

[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this the 15th day of October, 2021.

James N. Kramer
[printed name of Applicant]

[signature of Applicant]

3